JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGAL KLEIN,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES,<br><br>    Defendant. | CASE NO. CV 11-01494 MMM (AJWx)<br><br>JUDGMENT FOR DEFENDANT |

On May 22, 2012, the court entered an order granting defendant's motion for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff take nothing by way of its complaint; and
2. That the action be, and it hereby is, dismissed.

DATED: May 22, 2012

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE